DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID F. DAMERAU,**
Appellant,

v.

**HARRY WINDERMAN,**
Appellee.

Nos. 4D2025-2365 and 4D2025-3353

[August 6, 2026]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. 062018CA021272AXXXCE.

Louis Thaler of Louis Thaler, P.A., Miami, for appellant.

Harry Winderman, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***